For respondents: McGovern & Slattery.

---

James E. F. Henry  
vs.          } W.C.A. Pet. No 752  
Christopher Mondillo

November 5, 1927.

Tanner, P. J.  The defence in this case was that the man injured was not an employee.  He was a bricklayer by trade and was in the habit of agreeing to build catch basins for the defendant, who was a sewer contractor, whenever the contractor desired such catch basins built. He built these catch basins from time to time at a fixed price for the catch basin and without any apparent control upon the part of the contractor.

We therefore think that he was not an employee and the petition is denied.

For petitioner: F. J. McOsker.

For respondent: R. T. Barnefield.